IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JOSH TESSMER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 6:21-cv-03268 |
| BABY TREND, INC., | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

COME NOW plaintiffs, by and through counsel, and notify the Court that this case has settled, subject to Court approval. The parties have final terms (including Settlement Agreement and Release) to work out, and the parties will need to be set for settlement hearing with the Court. Given the number of matters and motions currently pending before the Court, however, the parties wanted to advise of this proposed resolution, so that the Court and staff do not spend unnecessary time on otherwise pending matters. The parties will provide an updated status as final issues are worked out. The parties respectfully request the Court provide dates for an approval hearing.

Respectfully submitted

**STRONG-GARNER-BAUER, P.C.**

*/s/ Chandler Gregg*
Steve Garner – MO Bar # 35899
Chandler Gregg – MO Bar # 56612
Nick Smart – MO Bar #65189
415 E. Chestnut Expressway
Springfield, MO 65802
Phone: 417-887-4300
Fax: 417-887-4385
sgarner@stronglaw.com
chandler@stronglaw.com
nsmart@stronglaw.com
rb@stronglaw.com
***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

       I hereby certify that the foregoing document was filed via **ECF**, as prescribed by law, this 12th day of January, 2023:

**FOLAND, WICKENS, ROPER, HOFER & CRAWFORD, P.C.**
Kyle N. Roehler – MO Bar # 51727
Karen A. Read – MO Bar # 47855
1200 Main Street, Suite 2200
Kansas City, MO 64105-2159
Phone 816-472-7474
Fax 816-472-6262
kroehler@fwpclaw.com
kread@fwpclaw.com
*Attorneys for Defendant*

                                       **STRONG-GARNER-BAUER, P.C.**

                                       */s/ Chandler Gregg*