# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JOSH TESSMER, et al., | ) |
| Plaintiff, | ) |
| | ) Case No. 21-03268-CV-S-WBG |
| vs. | ) |
| BABY TREND, INC., | ) February 22, 2023 |
| Defendant. | ) |

## MINUTE ENTRY

United States Magistrate Judge W. Brian Gaddy presiding at Kansas City, Missouri.

| | | | |
|---|---|---|---|
| Time Beginning: | 10:02 a.m. | Time Concluded: | 10:34 a.m. |
| | | CRD: Sara Borneman | |

## APPEARANCES

Plaintiffs by:   Chandler Gregg

Defendants by:  Phillip Sumner

Witnesses       Josh Tessmer and Christine Tessmer

## REMARKS

Settlement approval hearing held on the parties' Joint Application for Approval of Wrongful Death Settlement (Doc. 96), filed 2/6/23.
Plaintiffs call witness Josh Tessmer at 10:05 a.m.; no cross examination by Defendant.
Plaintiffs call witness Christine Tessmer at 10:20 a.m.; no cross examination by Defendant.
Plaintiffs' Exhibits A and B admitted. At the conclusion of the hearing, these exhibits were withdrawn by Plaintiffs' counsel due to the confidential nature of the exhibits.
Court approved the settlement and the settlement terms upon which the parties have agreed. Written order will follow.