IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSH TESSMER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.: 6:21-cv-03268 |
| v. | ) | |
| | ) | |
| BABY TREND, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SATISFACTION

COME NOW plaintiffs, by and through counsel, and advise the Court that the terms and conditions set forth in the Settlement Agreement have been satisfied by defendant Baby Trend.

Respectfully submitted,
**STRONG-GARNER-BAUER, P.C.**

*/s/ Chandler Gregg*
Steve Garner – MO Bar # 35899
Chandler Gregg – MO Bar # 56612
Nick Smart – MO Bar #65189
415 E. Chestnut Expressway
Springfield, MO 65802
Phone: 417-887-4300
Fax: 417-887-4385
sgarner@stronglaw.com
chandler@stronglaw.com
nsmart@stronglaw.com
rb@stronglaw.com
***Attorneys for Plaintiffs***

# CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was filed and provided to counsel of record via **ECF**, as prescribed by law, this 24th day of February, 2023:

**FOLAND, WICKENS, ROPER, HOFER & CRAWFORD, P.C.**
Kyle N. Roehler – MO Bar # 51727
Karen A. Read – MO Bar # 47855
1200 Main Street, Suite 2200
Kansas City, MO 64105-2159
Phone 816-472-7474
Fax 816-472-6262
kroehler@fwpclaw.com
kread@fwpclaw.com
*Attorneys for Defendant*

                                        **STRONG-GARNER-BAUER, P.C.**

                                        */s/ Chandler Gregg*

2

Case 6:21-cv-03268-WBG   Document 103   Filed 02/24/23   Page 2 of 2